UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEE C. BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1474-DJS |
| ) | |
| TRANSPORTATION SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that all claims asserted in plaintiff Lee C. Bradley's complaint are dismissed with prejudice.

Dated this  10th  day of April, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE